IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MANUEL B. MARQUEZ and FERMINA MARQUEZ | § § | |
| **Plaintiffs** | § § | |
| v. | § § | CIVIL ACTION NO. 7:15-cv-00491 JURY DEMANDED |
| COMPANION PROPERTY & CASUALTY INSURANCE COMPANY | § § § | |
| **Defendant** | § | |

## AGREED STIPULATION OF DISMISSAL FOR PLAINTIFFS

Plaintiffs and Defendant Companion Property and Casualty Insurance Company file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs are Manuel B. Marquez and Fermina Marquez, Defendants are Companion Property and Casualty Insurance Company.

2. On October 14, 2015, Plaintiffs sued Defendants in the 389th Judicial District, Hidalgo County, Texas, Cause No. C-5154-15-H. On November 16, 2015 Companion Property and Casualty Insurance Company filed its Original Answer. On November 20, 2015, Companion Property and Casualty Insurance Company filed its Notice of Removal.

3. On or about May 3, 2016, the parties settled this case. As a result of this settlement, all issues in the above-styled and numbered litigation have been fully and finally settled. Plaintiffs now move to dismiss the suit against All Defendants.

4. Defendant agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted,

By:    /s/Thomas F. Nye
Thomas F. Nye
State Bar No. 15154025
Southern Dist. No. 7952
Attorney-in-charge
tnye@gnqlawyers.com
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone: (361) 654-7008
Fax: (361) 654-7001

**ATTORNEYS FOR DEFENDANT, COMPANION PROPERTY AND CASUALTY INSURANCE COMPANY**

*Of counsel:*

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 5959
Brownsville, Texas 78523
Telephone (956) 544-7110
Fax: (956) 544-0607

William Gault
State Bar No. 07765050
Southern Dist. No.14685
bgault@gnqlawyers.com

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone: (361) 654-7008
Fax: (361)654-7001

Mikell A. West
State Bar No. 24070832
Southern Dist. No. 1563058
mwest@gnqlawyers.com

By:    */s/ Danny Ray Scott*
Danny Ray Scott
State Bar No. 24010920
350 Pine Street, Suite 300
Telephone: (409) 833-5400
Telecopier: (409) 833-5405
danny@scottlawyers.com

**COUNSEL FOR PLAINTIFFS,
MANUEL B. MARQUEZ AND
FERMINA MARQUEZ**
*\*Signed with permission*

## CERTIFICATE OF SERVICE

     I certify that on July 12, 2016, a copy of the parties' Agreed Stipulation of Dismissal was *electronically filed* on the CM/ECF system, and will be served on the following attorney in charge for Plaintiffs, Manuel B. Marquez and Fermina Marquez, via electronic filing or regular mail:

Danny Ray Scott
Scott Law Offices
Email: danny@scottlawyers.com

**VIA E-FILING**

     /s/Thomas F. Nye
     Thomas F. Nye

3